# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOSE BEDOLLA, and ANDRES MARTIN  **Plaintiffs**  v.  LEWIS J. BRANDOLINI, III, and BRANDOLINI COMPANIES  **Defendants.** | CIVIL ACTION  NO. 18-146 |
|---|---|

## ORDER RE: MOTION TO DISMISS AMENDED COMPLAINT

**AND NOW**, this 18th day of May, 2018, after careful review of Defendants' Motion to Dismiss (ECF 7) and all submissions related thereto, the Court **ORDERS** that Defendants' Motion to Dismiss is DENIED.

                                                      **BY THE COURT:**

                                                      **/s/ Michael M. Baylson**
                                                      **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-146 Bedolla v. Brandolini\Order re MTD AC.docx